

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2013

No. 04-13-00204-CV

**ROMA INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

Noelia M. **GUILLEN**, Raul Moreno, Dagoberto Salinas, and Tony SaenzNoelia M. Guillen, Raul Moreno, Dagoberto Salinas, and Tony Saenz,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-13-64
David Wellington Chew, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's March 8, 2013 order granting a temporary injunction. Appellant timely filed its notice of appeal on March 25, 2013, and states that it requested a reporter's record the same day. The reporter's record was due April 4, 4013, ten days after the notice of appeal was filed. *See* Tex. R. App. P. 26.1(b), 35.1(b). The record has not been filed.

We **order Gay Richey**, the court reporter, to file the reporter's record by **April 25, 2013**. Ms. Richey is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record and (2) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

We further order the clerk of this court to serve this order on Gay Richey by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex .R. App. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22th day of April, 2013.



Keith E. Hottle
Clerk of Court

April 19, 2013

No. 04-13-00204-CV

**ROMA INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

Noelia M. **GUILLEN**, Raul Moreno, Dagoberto Salinas, and Tony SaenzNoelia M. Guillen, Raul
Moreno, Dagoberto Salinas, and Tony Saenz,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-13-64
David Wellington Chew, Judge Presiding

**O R D E R**

This is an accelerated appeal from the trial court's March 8, 2013 order granting a temporary injunction. Appellant timely filed its notice of appeal on March 25, 2013, and states that it requested a reporter's record the same day. The reporter's record was due April 4, 4013, ten days after the notice of appeal was filed. *See* Tex. R. App. P. 26.1(b), 35.1(b). The record has not been filed.

We **order Gay Richey**, the court reporter, to file the reporter's record by **April 25, 2013**. Ms. Richey is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record and (2) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

We further order the clerk of this court to serve this order on Gay Richey by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex .R. App. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

/s/ Luz Elena D. Chapa
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22th day of April, 2013.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

Entered this 19th day of April, 2013.                                                     VOL____PAGE____